ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Phone: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. 2:25-cv-02511-DC-CSK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO STAY FURTHER PROCEEDINGS ON PLAINTIFF'S COMPLAINT**<br><br>Hearing date: February 6, 2026<br>Time: 1:30pm<br>Courtroom: 10, 13th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants will and hereby do bring a motion to dismiss Plaintiff's complaint, ECF No. 1. As detailed in Defendants' separately filed memorandum of support, Plaintiff challenges the same agency action at issue in another related action currently pending in this District. *See Friends of the River v. Nat'l Marine Fisheries Serv.*, No. 2:16-cv-00818-DJC-JDP. Plaintiff's complaint runs afoul of the rule against claim-splitting given the substantial overlap in facts, legal issues, and administrative record. Plaintiff had an opportunity to bring the present claims at the appropriate time in the earlier filed action and declined to. Accordingly, the Court should dismiss its complaint, or, in the alternative, stay further proceedings on the complaint until the court in *Friends of the River* enters judgment.

Although Defendants submit this motion to dismiss for decision without hearing and without oral argument, in accordance with this Court's Civil Standing Order and Local Rule 230, Defendants notice their motion for hearing on February 6, 2026, at 1:30pm in Courtroom 10, 13th Floor, of the Robert T. Matsui United States Courthouse in Sacramento, California.

Dated: December 5, 2025            Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL R. EITEL, Acting Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER,
Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202

*Attorneys for Defendants*